Mary Dunivant, Plaintiff-Appellee, v. Joe Dunivant, Defendant-Appellant.

Gen. No. 10,820. 

Second District.

April 6, 1955.

Released for publication April 26, 1955.

John R. Snively, for appellant; no brief filed for appellee. Opinion by JUSTICE CROW. Not to be published in full.